IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CRYSTAL DAWN POND, Fed. Reg. No. 55872-177, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:18-cv-158-O |
| JAMES CARPENTER, et al., | § § § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that, to the extent Plaintiff challenges her underlying conviction, her claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and with prejudice to being asserted again unless Plaintiff can demonstrate that the conditions set forth in *Heck v. Humphrey* have been satisfied.

Plaintiff's remaining claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

**SIGNED** this **31st day** of **March, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE